PRITCHARD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. 18-cr-20406-JTF |
| vs. | ) |
| ANTHONY DAVIS, | ) 18 U.S.C. 241 |
| SAM BLUE, | ) 18 U.S.C. 1951 |
| LESTER PAGE, | ) 18 U.S.C. 242 |
| DAVID DOUGLAS, | ) 18 U.S.C. 2 |
| RONNIE WOODS, | ) |
| JARVIS HOWARD, and | ) |
| KENNETH HICKS, | ) |
| Defendants. | ) |

## NOTICE OF PENALTIES

### COUNT 1

[any term of years, or for life, or both, or may be sentenced to death; nmt $250,000, or both; nmt 5 yrs. supervised release, and a mandatory special assessment of $100]

### COUNT 2

[nmt 20 yrs. imprisonment, nmt $250,000 fine or both; nmt 3 yrs. supervised release, and a mandatory special assessment of $100.]

### COUNT 3

[any term of years, or for life, or both, or may be sentenced to death; nmt $250,000, or both; nmt 5 yrs. supervised release, and a mandatory special assessment of $100]