IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                No. 2:18-cr-20406-JTF

SAM BLUE,

    Defendant.

_____

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**
_____

COMES NOW the Defendant, Sam Blue, by and through his Attorney of Record, Howard B. Manis, and moves this Honorable Court to continue the sentencing in this matter. In support of this motion, the Defendant would show unto the Court as follows:

1. Defendant Sam Blue was charged in a multi-count indictment on December 6, 2018.

2. Presently, this matter is set for sentencing on March 18, 2021.

3. Some of his Co-defendants have not entered change of pleas and their matters were recently reset for trial on June 21, 2021.

4. In order to fully prepare for sentencing and complete all investigation and relevant analysis of sentencing issues, this matter needs to be continued to a date certain after the trial date of the Co-defendants on June 21, 2021.

5. In addition, undersigned counsel is scheduled to be in another matter that morning, also set for sentencing before Judge Lipman at the present time.

6. Undersigned counsel has complied with local rules and consulted with AUSA Pritchard regarding this motion. AUSA Pritchard has no objection to the motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Sam Blue respectfully requests that a continuance be granted.

Respectfully submitted,

*/s/ Howard B. Manis*
Howard B. Manis, BPR #16202
40 South Main, Suite 1700
Memphis, TN 38103
P: (901) 523-1222
F: (901) 523-1999
hmanis@cochranfirmmidsouth.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on the following, via the Court's electronic filing system, on this the 4th day of February, 2021:

David Pritchard
Assistant U.S. Attorney
167 N. Main Street, Suite 800
Memphis, TN  38103

*/s/ Howard B. Manis*
Howard B. Manis